# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 30, 2019

Mr. Uzi Ora
P.O. Box 822
Cincinnati, OH 45201

          Re:  Case No. 18-4012, *Uzi Ora v. Fitness International, LLC*
               Originating Case No. : 1:16-cv-00875

Dear Mr. Ora:

  The Court issued the enclosed Order today in this case.

                                            Sincerely yours,

                                            s/Karen S. Fultz
                                            Case Manager
                                            Direct Dial No. 513-564-7036

cc:  Mr. Paul S. Koczkur
      Mr. Richard W. Nagel

Enclosure

No mandate to issue

No. 18-4012

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 30, 2019
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UZI ORA, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| FITNESS INTERNATIONAL, LLC, dba LA ) | |
| Fitness, ) | |
| ) | |
| Defendant-Appellee. ) | |

The plaintiff, proceeding pro se, appeals the district court's order granting summary judgment for the defendant in this action asserting violation of the public accommodation provisions of both federal and Ohio law. The plaintiff now moves for a third extension of time in which to file his appellant brief, requesting an additional 60 days. In support, the plaintiff notes that his motion for appointment of counsel remains pending.

The plaintiff has been granted two prior extensions of time for his appellant brief. Further, the clerk advised him that the appointment of counsel is discretionary and that his motion for counsel would be submitted to the merits panel along with the briefs. Finally, he was warned on three occasions that failure to timely submit a brief could result in dismissal of the appeal for want of prosecution.

The motion to extend is DENIED. The appeal is DISMISSED for want of prosecution.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk